1  DELANO FITZ-MAURICE SEUNG (Full Name)
2  fitzs@aol.com (Email Address)
3  435 AVENUE OF FLAGS (Address Line 1)
4  #16 (Address Line 2)
5  BUELLTON, CA 93427 (Phone Number)
6  Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CV15-06663-JAK(DTB)

DELANO F. SEUNG,

Plaintiff,

vs.

B. BEARDMORO
DOES 1-10

Defendant(s).

Case No.: _____
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

Jury Trial Demanded: ☒ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because VENUE IS PROPER THE EVENTS GIVING RISE TO THIS COMPLAINT HAPPENED IN THIS DISTRICT 9

*Form prepared by Public Counsel.*
*© 2010, 2013 Public Counsel.*
*All rights reserved.*
*Revised: August 2013*

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

PAID
AUG 31 2015
Clerk, US District Court
COURT 4612

## III. PARTIES

3. Plaintiff DELANO F. SEUNG resides at:
*(your full name)*
435 AVENUE OF FLAGS #16
BUELLTON, CA 93427
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant P.O. BEARDMORO works at
*(full name of Defendant)*
EL SEGUNDO POLICE DEPARTMENT
*(Defendant's place of work)*

Defendant's title or position is POLICE OFFICER
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity ☐ official capacity

This Defendant was acting under color of law because: BEARDM WERE WAS IN A MARKED POLICE VEHICLE

5. Defendant B. BEARDMORO AND DOES 1-10 works at
*(full name of Defendant)*
EL SEGUNDO POLICE DEPT
*(Defendant's place of work)*

Defendant's title or position is POLICE OFFICER
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity ☐ official capacity

This Defendant was acting under color of law because: HE (THEY) WAS IN UNIFORM OF EL SEGUNDO POLICE

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _____ works at
    Insert ¶ #        (full name of Defendant)
2
3  _____.
                    (Defendant's place of work)
4
5  Defendant's title or position is _____.
                                    (Defendant's title or position at place of work)
6  This Defendant is sued in his/her (check one or both):
7       ☒ individual capacity            ☐ official capacity
8
9  This Defendant was acting under color of law because HE (THEY) ARRIVED
10 IN MARKED EL SEGUNDO POLICE VEHICLES AND HE
11 (THEY) WERE WEARING EL SEGUNDO POLICE
12 UNIFORM
13 _____
14 _____
15
16 ___. Defendant _____ works at
    Insert ¶ #        (full name of Defendant)
17
18 _____.
                    (Defendant's place of work)
19
20 Defendant's title or position is _____.
                                    (Defendant's title or position at place of work)
21
22
23 This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity            ☐ official capacity
25 This Defendant was acting under color of law because _____
26 _____
27 _____
28 _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

___. MY VEHICLE WAS PARKED. AS I EXITED MY VEHICLE, POLICE VEHICLE TURNED-ON FLASHING BLUE AND RED LIGHTS. I IDENTIFIED MYSELF AS A FEDERAL LAW ENFORCEMENT OFFICER AND I WORK AT LAX (LOS ANGELES INT. AIRPORT.) MY LICENCE PLATES INDICATE CONFIDENTIAL; LAW ENFORCEMENT OFFICER. RACIAL PROFILE; ETHNIC AND RACIAL DISCRIMINATION RESULTED IN ME BEING

___. I ~~WAS HANDCUFFED~~ (MY HAND BEHIND MY BACK, I WAS TOLD TO SIT ON THE SIDEWALK FOR 2.5 HOURS. SIX POLICE CARS (ALL WITH LIGHTS FLASHING) AND SIX POLICE OFFICERS WERE PRESENT. I WAS ROUGHED-UP. AT THE END, I WAS GIVEN A FIX-IT TRAFFIC

___. SUMMONS TO REPAIR BLOWN-BULB OVER REAR LICENSE PLATES.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 31 August, 2015
Sign: *[signature]*
Print Name: DELANO F. SEUNG

Civil Rights Complaint Pursuant to U.S.C. § 1983

DELANO FITZ SEUNG                           02 SEPTEMBER, 2013
6628 WEST IMPERIAL AVENUE, #203
EL SEGUNDO, CA 90245
Fitz@aol.com
(818) 209-2126 ©

TO WHOM IT MAY CONCERN:

This is a basic chronology of events.

A narrative with more details will be forthcoming.

Saturday, 3 August, 2013.
0900h: I traveled from Santa Barbara to my work-place at Terminal Seven, Baggage (CUSTOMS) Los Angeles International Airport (LAX)
1900h: I finished to work at T-7, Baggage
1925h: I exited parking structure
2000h: supermarket
2100h: 99 Cents Store
2115h: SUBWAY RESTAURANT
2125h: park vehicle on Holly Street
2130h   El Segundo Police Officer #1 accosts me
2133h: El Segundo P.O. #1 handcuffs my hands behind my back. P.O. #1 places me on sidewalk to sit with my hands hand-cuffed behind my back.

2140h: Approximate time. Police Officer #2 arrives. He starts to interrogate me.
        P.O. #2 stands 3 – 4 feet in front of me, gripping his pistol and staring-me-down. (During this time, I sat on the sidewalk with my hands hand-cuffed behind my back (looking straight at a hand gripping tightly a pistol, at my eye-level.)

I asked P.O. #2, "Why do you stand before me holding your gun? I am not a threat to anyone!"

P.O. #2 responds, "I am comfortable in this position!"

As I sat on the sidewalk with my hands hand-cuffed behind my back, from 21h30 – 24h00, my legs began to hurt and to cramp. I told P.O. #1 and P.O. #2 that I am not so young. My legs are in awkward positions and I am not a young man. I would like to stand-up!
I am not sure if P.O. #1 or P.O. #2 retorted sarcastically, "Either you sit on the sidewalk or you sit in the back of a police car!"

P.O. #1 and P.O. #2 repeatedly interrogate me!

"Where do you work?"

I work at the Los Angeles International Airport.

"Where do you work at the airport?"

"I work at Terminal-Seven, Baggage Area, Customs!"

"Who is your supervisor?"

"Supervisor Balbuena and Supervisor Sanchez!"

"What are their phone-numbers?"

"I do not remember their phone-numbers! The phone numbers where I work are in my cellular telephone. I have written-down the phone numbers in some books inside my bag, as well as my vehicle. If I can access my telephone, I can give the telephone numbers to you. I can call Passenger Operations."
Terminal Seven International Operations are closed.

"What are the telephone numbers to your workplace?"

I told you that the telephone numbers are in my telephone. I have worked in different areas, I do not memorize all of the telephone numbers. I have told you that the numbers are in my telephone."
(My cellular telephone and a bunch of keys are on the roof of my vehicle. I inferred that the police officers are xxxxx me to give my permission to them so that they can access my telephone and inside my vehicle.) They shine flash-lights on my phone and keys. They scrutinize my items. However, they do not touch my phone or keys.

"If you allow me to access my telephone, I will retrieve the numbers."

P.O. #1, P.O. #2: "We will do it!"

I say, "I do not want you to handle and to access my telephone."

Several times, I said, "The missionaries are hungry. I promised that I would be in front of their home within a few minutes with food. They must be worried about me! May I call the missionaries.

Please, may I call the missionaries? They reside at 1729 E. Pine Avenue (at the corner of Pine St. and Indiana St.) The missionaries live only a block from here!"

P.O. #1 and P.O. #2 are joined by Police Sergeant #3:


All three police officers #1, #2, #3 repeatedly interrogates me.

They ask me the same questions, "Where do you work?" "What are the telephone numbers to your workplace?" "Who are your supervisors?"

I repeat the answers several times. Then I stopped to talk. I realize that the police officers just want to infuriate me, in order that I will lose-control, in order that I might say or do something that would elicit their brutal retaliation and control of me.

It is evident to me that the police officers are sadistic and abusing the power and the authority endowed to them.

I have told you and other police officers repeatedly that the telephone numbers to my work-place and to the Passenger Operations are in the contact list in my cellular telephone.

I think also that P.O. #1, #2, #3 wanted to belittle me; to express disdain and disrespect towards me.

I never raised my voice in anger. I remained silent sometimes when P.O. #1, P.O. #2, P.O. #3 attempted to debase me with insults, taunts and disgust.

I was grateful that an apartment building was located opposite my parked vehicle, the six police officers and me. They did not know who might be video-taping the drama.

Had the police officers and I been in a desolate place, I might have been in real-trouble.

P.O.#2 was the meanest, most taunting and most disrespectful of all the police officers present. He was sadistic! He wanted to hurt me, physically.

Every opportunity that P.O.#2 had to put his hands on me, he made sure that I felt pain.

P.O.#4 did not talk to me disrespectfully or abusively. He said to me, "You are a good person."

Several times, the hand-cuffs were hurting and injuring my wrists.

When P.O. #4 was near to me (while I sat on the sidewalk) or when he was holding my arms in a control-hold (eventually, when I was allowed to stand) I would express my discomfort with the hand-cuffs or with my legs. Then, P.O.#4 would check the hand-cuffs and adjust the hand-cuffs.

P.O. #2: "Why do you worry about the missionaries? You should worry about yourself!"
Something is wrong with you!

There were six police officers and perhaps, six police vehicles. While I sat on the sidewalk, hand-cuffed, I could not see everything and everyone. However, I distinctly saw six police officers (only four of the officers interacted directly with me.)

There was a second sergeant P.O. #5 (later identified as Sergeant Gill.)

The sixth police officer never interacted directly with me. However, he seemed to be orchestrating the situation. I think that he is the senior officer present.

I could hear chatter amongst the Police Officers that, "They are on their way!"

The reference, "They are on their way!" referred to personnel from my agency, U.S. Customs and Border Protection.

After I had been kept seated on the sidewalk for about two-hours – without opportunities to stand, and to stretch my legs, as I had requested, suddenly someone behind me asked, "Do you want to stand?"

I was uncertain of the identity the officer behind me. I believe that it was P.O. #4.

Eventually, the hand-cuffs were bothering me and hurting me very much. I requested that the hand-cuffs be adjusted.
(When I was allowed to stand, a police officer always had one of my arms in an arm-lock. Always! As if I am a violent criminal. My identity, my profession, the location of my work-place were known to the police officers from the first few minutes after I parked my vehicle.)

P.O. #4 was holding my arm (arm-lock) but he did not put undue pressure upon my arms nor did #4 force my arm upward - in order to inflict pain (as did P.O. #1 and P.O. #2.)

P.O.#4 told me that he would adjust the hand-cuffs behind me as I was standing. As P.O.#4 released the cuffs on one of my hand, P.O.#2 offered to help (I did not hear P.O.#4 request help.) I am not a danger to anyone and I am not resisting.
(Therefore, for what reason I am hand-cuffed?)

P.O. #2 lifted my hand-cuffed arms. Then, he placed his forearms between my forearms and my back and pushed my arms higher, to inflict pain, and the upward force upon my arms caused me to bend forward.

I said nothing – even though, the procedure which P.O. #2 used upon me did inflict pain upon me.

2330h: Eventually, around 2330h, a marked, CBP vehicle arrived with two female chiefs (Chief CBPO Lowe-Williams and Chief CBPO Armejo.)

For ten – fifteen minutes, while CCBPO Lowe-Williams and CCBPO Armejo were present, the hand-cuffs were still on me.

I asked CCBPO Lowe-Williams if I could speak to her in private. An El Segundo Police Officer was right behind me (I was no longer being-held by a police officer, although I remained hand-cuffed.)

2400h: Finally, at approximately midnight, a fifth police officer, a Police Sergeant (I think that his name is Gill) approached me. He told a police officer to remove the hand-cuffs from my back.

I requested to have the names of the six-officers and sergeants present. I did not have anything on which to write. P.O. #1 offered me a piece of paper. P.O. #1 offered to write the names.

I requested to write the name myself (I did not utter my reasons, but I wanted to connect the name with the face.)

When I opined that I need the names of all the police officers present, PP.O. #5 (Sergeant Gill) said commandingly, aggressively and matter-of-factly, "You will get the names from the police report.)

Then, P.O. #1 wrote a ticket to have the bulb over my rear license-plate replaced. Then, with obvious disrespect to Chief Armejo (Latin female) and Chief Lowe-Williams (Black female) and enmity towards me P.O. #1 said, in a mean, aggressive, antagonistic voice, "If you refuse to sign the citation, you will be arrested! Or, P.O. #1 may have said, "If you refuse to sign the citation, I will arrest you!"
(Of course, I had not refused to sign the citation, nor did I ask any questions about it.)

Then, as if on cue, (maybe a radio command) all of the police officers got into their respective vehicles and raced off.

I was left standing there, at mid-night with two CBP chiefs, holding a ticket in my hands to have a bulb replaced.

Within a few minutes after I was accosted by P.O. #1, 2130h, all six police officers were present on the scene. As far as I could tell, all six police vehicles had their flashing blue and red strobe-lights on the entire time between 2130h and 2400h.

All six police officers were present since 2145h until 2400h.

P.S. I believe that Police Officer #1 made grave errors in judgment and discretion when he treated me like a dangerous felon. When he hand-cuffed me and placed me (a federal officer that was only parking his vehicle in the town where he resides) the officers present intended to justify, at any cost, the hand-cuffing of me and the detention of me for two-and-a-half-hours.

The police officers shone flash-lights inside my vehicle; called my workplace (when I did nothing wrong) requested or gave the impression that CBP officials had to come and get me and my government-issued weapon.

I was off-duty!

I committed no crime.

The El Segundo Police Officers never told me the reason for me to be hand-cuffed and for me to be sitting on a sidewalk for 2.5 hours with my hands hand-cuffed behind my back.

There was no reason for the police officers to call my workplace and to request/demand someone to come to the site where I was being held.

A blown-bulb over the rear-license-plate of my vehicle is not a crime.

This incident is a flagrant abuse-of-power by police officers of the El Segundo Police Department.

The violations of law, as well as police regulations by the six police officers of the El Segundo Police Department are infringements upon my civil-rights and my Constitutional Rights.

My complaints of the six El Segundo Police Officers of the El Segundo Police Department must be addressed, in order that the aforementioned violations will never be repeated.

I need your help Sir!

Thank you!


Delano Fitz Seung












UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

DELANO F. SEUNG

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

**(b) County of Residence of First Listed Plaintiff** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** _____
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No [ ] **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS** | **TORTS** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [X] 440 Other Civil Rights | **LABOR** | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 362 Personal Injury-Med Malpratice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| | [ ] 210 Land Condemnation | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accommodations | [ ] 740 Railway Labor Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| | [ ] 230 Rent Lease & Ejectment | | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV15-06663

CV-71 (10/14)      CIVIL COVER SHEET      Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☒ Yes  ☐ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes  ☐ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes  ☐ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☐ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _Delano F. [signature]_  DATE: 31 Aug. 2015

Notice to Counsel/Parties: The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |