# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO F. SEUNG, | Case No. CV 15-06663-JAK (DTB) |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| B. BEARDMORO, | |
| Defendant. | |

Plaintiff filed this pro se civil rights action after being granted leave to proceed without the prepayment of full filing fee. The gravamen of plaintiff's claims was that he was racially profiled and discriminated against (Complaint at 4), all in violation of his rights under the Eighth Amendment to the United States Constitution.

Plaintiff alleges that he was handcuffed and told to sit on the sidewalk for two and half hours and was roughed up. (Id.) Plaintiff specifically alleges that while parked on Holly Street, he was accosted by an El Segundo Police Officer, whom handcuffed his hands behind his back and had him sit on the sidewalk. (Complaint at 6.) Multiple officers arrived and started to interrogate plaintiff which resulted in a citation being issued. (Complaint at 6-10.)

1  The Complaint purported to be brought pursuant to 42 U.S.C. § 1983. Named
2  in the Complaint as defendants is B. Beardmoro and Does 1-10.
3  On September 24, 2015, the Court issued an Order directing the Clerk to issue
4  the Summons and provide the same to plaintiff for service. Plaintiff's Complaint was
5  to be served on or before December 29, 2015. However, plaintiff sought two
6  extensions of time to serve the Complaint which the Court granted, extending his time
7  up to and including March 14, 2016 to serve the Complaint.
8  Plaintiff has failed to file a Proof of Service of the Complaint within the
9  allotted time, nor has he requested an additional extension of time within which to do
10 so. Accordingly, on or before **April 15, 2016,** plaintiff is ORDERED to (a) show
11 good cause in writing, if any exists, why plaintiff has not filed a Proof of Service; or
12 (b) show good cause in writing, if any exists, why plaintiff has failed to serve the
13 defendant within the requisite period of time, as the failure to do so constitutes a basis
14 to dismiss the action against such defendant pursuant to Fed. R. Civ. P. 4(m).
15 Plaintiff is forewarned that, if he fails to show cause, or otherwise respond to this
16 Court's Order, the Court will construe such unresponsiveness as further evidence of
17 plaintiff's lack of prosecution of this action, and that such lack of prosecution will
18 constitute a basis to dismiss this action in its entirety.

21 DATED: March 25, 2016

  _____
  DAVID T. BRISTOW
  United States Magistrate Judge