# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 15-06663-JAK (DTB)**　　　　　　　　　　　　Date: **June 28, 2016**

Title:  **Delano F. Seung v. B. Beardmore, et al**

==============================================================
**DOCKET ENTRY**
==============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| D. Castellanos | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　　　　ATTORNEYS PRESENT FOR DEFENDANT:
　　　None present　　　　　　　　　　　　　　　　　　　None present

**PROCEEDINGS:　　(IN CHAMBERS)**

**Defendants' Motion to Dismiss and Motion to Strike**

　　　Defendants City of El Segundo, Mitch Tavera, Scott Black, Michael Gill, Brent Beardmore, Steven Trujillo, Jr., and Edward Villarreal have appeared and filed a Motion to Dismiss and a Motion to Strike (collectively referred to herein as "Motions"). Plaintiff is ordered to serve and file his oppositions (if any) to the Motions on or before July 22, 2016. Unless the Court orders otherwise, defendants the City of El Segundo, Tavera, Black, Gill, Beardmore, Trujillo, and Villarreal shall not file a reply to plaintiff's oppositions. The Motions will be taken under submission as of the date plaintiff's oppositions are due and/or filed, and will be decided on the papers without oral argument. See Local Rule 7-15. Accordingly, the hearings noticed for July 28, 2016 are ordered off calendar.