UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DELANO FITZ-MAURICE SEUNG,  ) NO. CV 15-6663-JAK (AGR)
        Plaintiff, )
    v. ) ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE
B. BEARDMORO, et al., )
        Defendant. )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Defendants have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) Defendants' motion to dismiss the claims brought under the First and Fourteenth Amendments and § 1985 is granted without leave to amend; and (2) Defendants' motion to dismiss is denied in all other respects.

DATED: March 20, 2018

                                      JOHN A. KRONSTADT
                                      United States District Judge