UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DELANO FITZ-MAURICE SEUNG,

    Plaintiff,

v.

B. BEARDMORO, et al.,

    Defendant.

NO. CV 15-6663-JAK (AGR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Defendants have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' motion to dismiss the Third Amended Complaint is (1) denied as to the *Monell* claim and Plaintiff's claims for excessive force and unlawful detention, arrest and seizure; (2) granted as to all remaining claims under the First and Fourteenth Amendments; and (3) granted as to all claims under 42 U.S.C. § 1985.

DATED: March 21, 2018

                                               JOHN A. KRONSTADT
                                               United States District Judge